JS 44C/SDNY
REV.
10/01/2020

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

MAZON: A Jewish Response to Hunger; Services & Advocacy for GLBT Elders; The New York City Gay and Lesbian Anti-Violence Project; Ark of Freedom Alliance; Freedom From Religion Foundation; American Atheists; and Hindu American Foundation

**DEFENDANTS**
See Attachment page 1

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
See Attachment page 2

**ATTORNEYS (IF KNOWN)**

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☒Yes ☐   Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

Is this an international arbitration case?   **No** ☒   **Yes** ☐

*(PLACE AN [x] IN ONE BOX ONLY)*   **NATURE OF SUIT**

### TORTS

### ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | | | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | | | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | PROPERTY RIGHTS | | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY | | [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 830 PATENT | | [ ] 470 RACKETEER INFLU- |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | ENCED & CORRUPT |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | | | | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | SOCIAL SECURITY | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY | | | [ ] 861 HIA (1395ff) | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 380 OTHER PERSONAL | LABOR | [ ] 862 BLACK LUNG (923) | PROTECTION ACT |
| OVERPAYMENT | INJURY | PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | [ ] 385 PROPERTY DAMAGE | STANDARDS ACT | [ ] 864 SSID TITLE XVI | [ ] 490 CABLE/SATELLITE TV |
| BENEFITS | MED MALPRACTICE | PRODUCT LIABILITY | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | [ ] 850 SECURITIES/ |
| [ ] 160 STOCKHOLDERS | | | RELATIONS | | COMMODITIES/ |
| SUITS | | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | | EXCHANGE |
| [ ] 190 OTHER | | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL | FEDERAL TAX SUITS | [ ] 890 OTHER STATUTORY |
| CONTRACT | | [ ] 510 MOTIONS TO | LEAVE ACT (FMLA) | [ ] 870 TAXES (U.S. Plaintiff or | ACTIONS |
| [ ] 195 CONTRACT | ACTIONS UNDER STATUTES | VACATE SENTENCE | | Defendant) | [ ] 891 AGRICULTURAL ACTS |
| PRODUCT | | 28 USC 2255 | [ ] 790 OTHER LABOR | [ ] 871 IRS-THIRD PARTY | [ ] 893 ENVIRONMENTAL |
| LIABILITY | CIVIL RIGHTS | [ ] 530 HABEAS CORPUS | LITIGATION | 26 USC 7609 | MATTERS |
| [ ] 196 FRANCHISE | | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET INC | | [ ] 895 FREEDOM OF |
| | [ ] 440 OTHER CIVIL RIGHTS | [ ] 540 MANDAMUS & OTHER | SECURITY ACT (ERISA) | | INFORMATION ACT |
| | (Non-Prisoner) | | | | [ ] 896 ARBITRATION |
| | [ ] 441 VOTING | | | IMMIGRATION | [x] 899 ADMINISTRATIVE |
| REAL PROPERTY | [ ] 442 EMPLOYMENT | PRISONER CIVIL RIGHTS | [ ] 462 NATURALIZATION | PROCEDURE ACT/REVIEW OR |
| [ ] 210 LAND | [ ] 443 HOUSING/ | | APPLICATION | APPEAL OF AGENCY DECISION |
| CONDEMNATION | ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 465 OTHER IMMIGRATION | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 220 FORECLOSURE | [ ] 445 AMERICANS WITH | [ ] 555 PRISON CONDITION | ACTIONS | STATE STATUTES |
| [ ] 230 RENT LEASE & | DISABILITIES - | [ ] 560 CIVIL DETAINEE | | | |
| EJECTMENT | EMPLOYMENT | CONDITIONS OF CONFINEMENT | | | |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH | | | | |
| [ ] 245 TORT PRODUCT | DISABILITIES -OTHER | | | | |
| LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290 ALL OTHER | | | | | |
| REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                    **ORIGIN**

[x] 1 Original
Proceeding
[ ] 2 Removed from
State Court
[ ] 3 Remanded
from
Appellate
Court
[ ] 4 Reinstated or
Reopened
[ ] 5 Transferred from
(Specify District)
[ ] 6 Multidistrict
Litigation
(Transferred)
[ ] 7 Appeal to District
Judge from
Magistrate Judge

[ ] a. all parties represented

[ ] b. At least one party
is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*        **BASIS OF JURISDICTION**        *IF DIVERSITY, INDICATE*
*CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF     [x] 2 U.S. DEFENDANT     [ ] 3 FEDERAL QUESTION     [ ] 4 DIVERSITY
(U.S. NOT A PARTY)

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

MAZON: 10850 Wilshire Blvd. Suite 400, Los Angeles, CA 90024; SAGE: 305 Seventh Avenue, New York, NY 10001; The New York City Gay and Lesbian Anti-Violence Project: 116 Nassau Street, 3rd Floor, New York, NY 10038; Ark of Freedom Alliance: 101 NE 3rd Avenue, Suite 1500, Fort Lauderdale, FL 33301; FFRF: PO Box 750, Madison, WI 53701; American Atheists: 225 Cristiani St., Cranford, NJ 07016; Hindu American Foundation: 910 17th Street NW, Suite 316A, Washington, DC 20006

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

See Attachment page 3-4

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     [ ] WHITE PLAINS     [x] MANHATTAN

DATE 1/19/2021     /s/ Jeffrey B. Dubner
SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. August  Yr. 2017 )
Attorney Bar Code # JD4545

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)