**Attachment to Summons**

U.S. Department of Health and Human Services; Secretary of Health and Human Services, currently Alex M. Azar; U.S. Department of Agriculture; Secretary of Agriculture, currently Sonny Perdue; U.S. Department of Housing and Urban Development; Secretary of Housing and Urban Development, currently Dr. Ben Carson; U.S. Department of Veterans Affairs; Secretary of Veterans Affairs, currently Robert Wilkie; U.S. Department of Education; Secretary of Education, currently identified as Dr. Mitchell Zais in an acting capacity; U.S. Department of Homeland Security; Secretary of Homeland Security, currently identified as Peter T. Gaynor in an acting capacity; U.S. Department of Justice; U.S. Attorney General, currently identified as Jeffrey A. Rosen in an acting capacity; U.S. Department of Labor; and Secretary of Labor, currently Eugene Scalia
c/o Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530