# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, et al.  **Plaintiff,**  -v-  U.S. Department of Health and Human Services, et al.  **Defendant.** | Case No. 21-cv-475  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ark of Freedom Alliance (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 1/19/2021

/s/ Jeffrey B. Dubner
**Signature of Attorney**

**Attorney Bar Code:** JD4545