UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZON: A Jewish Response to Hunger, et al.

Plaintiff,

-v-

U.S. Department of Health and Human Services, et al.

Defendant.

Case No. 21-cv-475

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The NYC Gay and Lesbian Anti-Violence Project (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 1/19/2021

*/s/ Jeffrey B. Dubner*

**Signature of Attorney**

**Attorney Bar Code:** JD4545

Form Rule7_1.pdf   SDNY Web 10/2007