# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, et al.     Plaintiff, <br><br> -v- <br><br> U.S. Department of Health and Human Services, et al. <br>                                                Defendant. | Case No. 21-cv-475 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  MAZON: A Jewish Response to Hunger  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 1/19/2021

/s/ Jeffrey B. Dubner
**Signature of Attorney**

**Attorney Bar Code:** JD4545