UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, et al.<br><br>-v-<br><br>U.S. Department of Health and Human Services, et al. | Plaintiff,<br><br><br><br><br>Defendant. |

Case No. 21-cv-475

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Services & Advocacy for GLBT Elders_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 1/19/2021

/s/ Jeffrey B. Dubner
**Signature of Attorney**

**Attorney Bar Code:** JD4545

Form Rule7_1.pdf   SDNY Web 10/2007