AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, et al.<br><br>*Plaintiff(s)*<br>v.<br>U.S. Department of Health and Human Services, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  21-cv-475 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kristen Miller
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 20, 2021                                                            /S/  S.  James

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-475

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

**Attachment to Summons**

U.S. Department of Health and Human Services; Secretary of Health and Human Services, currently Alex M. Azar; U.S. Department of Agriculture; Secretary of Agriculture, currently Sonny Perdue; U.S. Department of Housing and Urban Development; Secretary of Housing and Urban Development, currently Dr. Ben Carson; U.S. Department of Veterans Affairs; Secretary of Veterans Affairs, currently Robert Wilkie; U.S. Department of Education; Secretary of Education, currently identified as Dr. Mitchell Zais in an acting capacity; U.S. Department of Homeland Security; Secretary of Homeland Security, currently identified as Peter T. Gaynor in an acting capacity; U.S. Department of Justice; U.S. Attorney General, currently identified as Jeffrey A. Rosen in an acting capacity; U.S. Department of Labor; and Secretary of Labor, currently Eugene Scalia
c/o Civil Process Clerk
United States Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007