**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*, | |
| *Plaintiffs*, | Case No. 21-cv-475-LAK |
| v. | |
| U.S. Department of Health and Human Services, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF KRISTEN MILLER**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Kristen Miller, pursuant to 28 U.S.C. § 1746 and Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, hereby declare as follows:

1.      I am counsel at Democracy Forward Foundation and I am seeking to appear *pro hac vice* representing Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in the above-captioned action pending before the United States District Court for the Southern District of New York.

2.      My office address is Democracy Forward Foundation, 1440 G Street, NW, #8162, Washington, DC 20005, and my office telephone number is (202) 448-9090.

3.      I was admitted to practice law in the District of Columbia in January 2018. I remain licensed and in good standing. My District of Columbia bar number is 229627.

4.      I was admitted to practice law in the state of New York in April 2016. I remain licensed and in good standing. My New York bar number is 5436985.

4.      I am not a member of the bar of the United States District Court for the Southern District of New York; accordingly, I am requesting permission to participate in the above-captioned action only.

5.      I certify that I have never been convicted of a felony.

6.      I certify that I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.      I certify that there are no pending disciplinary proceedings against me in any state or federal court.

8.      I declare under the penalty of perjury that the foregoing is true and correct.


EXECUTED this 22nd day of January, 2021 in Washington, DC.

/s/ *Kristen Miller*
Kristen Miller