**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>         *Plaintiffs*,<br><br>   v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>         *Defendants.* | Case No. 21-cv-475-LAK |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robin Thurston, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in Case No. 21-cv-475.

I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: January 22, 2021

                    Respectfully submitted,

                    */s/ Robin Thurston*
                    Robin Thurston (DC Bar No. 1531399)

Democracy Forward Foundation
1440 G Street NW, #8162
Washington, DC 20005
(202) 448-9090
rthurston@democracyforward.org