IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Department of Health and Human Services, *et al.*, <br><br> *Defendants.* | Case No. 21-cv-475-LAK |

**DECLARATION OF SEAN LEV**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Sean Lev, pursuant to 28 U.S.C. § 1746 and Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, hereby declare as follows:

1. I am the Legal Director at Democracy Forward Foundation and I am seeking to appear *pro hac vice* representing Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, American Atheists, and Hindu American Foundation in the above-captioned action pending before the United States District Court for the Southern District of New York.

2. My office address is Democracy Forward Foundation, 1440 G Street, NW, #8162, Washington, DC 20005, and my office telephone number is (202) 448-9090.

3. I was admitted to practice law in the District of Columbia in March 1996. I remain licensed and in good standing. My District of Columbia bar number is 449936.

4. I am not a member of the bar of the state of New York; accordingly, I am requesting permission to participate in the above-captioned action only.

5. I certify that I have never been convicted of a felony.

6. I certify that I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I certify that there are no pending disciplinary proceedings against me in any state or federal court.

8. I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED this 22nd day of January, 2021 in Washington, DC.

/s/ *Sean Lev*<br>Sean Lev