IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>   *Defendants*. | Case No. 21-cv-475-LAK |

### [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

The motion of Robin Thurston for admission to practice *pro hac vice* in the above-captioned action is **GRANTED.**

Applicant has declared that they are a member in good standing of the bar of the District of Columbia, and that their contact information is as follows:

 Robin Thurston
 Democracy Forward Foundation
 1440 G Street NW, #8162
 Washington, DC 20005
 (202) 448-9090
 rthurston@democracyforward.og

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in Case No. 21-cv-475; it is hereby

**ORDERED** that Robin Thurston is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

| | |
|---|---|
| 1/25/2021 | /s/ Lewis A. Kaplan  /BT |
| Date | United States District Judge |