AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MAZON: A JEWISH RESPONSE TO HUNGER, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00475 (LAK) |
| U.S. DEP'T OF HEALTH & HUMAN SERVS., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Anti-Violence Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation  .

Date:   01/25/2021

s/ Alexander Gouzoules
*Attorney's signature*

Alexander Gouzoules, AG1723
*Printed name and bar number*

Americans United for Separation of Church & State
1310 L Street NW, Suite 200
Washington, DC 20005
*Address*

gouzoules@au.org
*E-mail address*

(202) 898-2134
*Telephone number*

(202) 466-3353
*FAX number*