UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-00475-LAK |

### DECLARATION OF ALEX J. LUCHENITSER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Alex J. Luchenitser, declare as follows:

1. I am seeking to appear Pro Hac Vice as counsel for plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in the above-captioned action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on February 11, 2021, in Arlington, Virginia.

*/s/ Alex J. Luchenitser*
Alex J. Luchenitser

1