**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

February 3, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER JOSEPH LUCHENITSER, #177367 was admitted to the practice of law in this state by the Supreme Court of California on June 22, 1995; that from the date of admission to August 23, 2001, he was an ACTIVE licensee of the State Bar of California; that on August 23, 2001, he transferred at his request to the INACTIVE status as of August 7, 2001; that he has been since that date, and is at date hereof, an INACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)