UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZON: A JEWISH RESPONSE TO HUNGER, et al.    Plaintiff,

-against-

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.    Defendant.

1:21 cv 00475 (LAK)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Alex J. Luchenitser, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of District of Columbia and California; and that his/her contact information is as follows (please print):

Applicant's Name: Alex J. Luchenitser
Firm Name: Americans United for Separation of Church & State
Address: 1310 L St. NW, Suite 200
City / State / Zip: Washington, DC 20005
Telephone / Fax: tel: 202-466-7306 / fax: 202-466-3353

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs MAZON: A Jewish Response to Hunger, et al. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge