**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.* | |
| *Plaintiffs* | |
| vs. | Case No. 21-cv-00475-LAK |
| U.S. Department of Health and Human Services, *et al.* | |
| *Defendants.* | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Under Rule 1.3 of the Local Rules of this Court, I, Richard B. Katskee, move this Court for admission to practice *pro hac vice* as counsel for plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration required under Local Rule 1.3.

Dated: February 18, 2021                    Respectfully submitted,


                                            _/s/ Richard B. Katskee_____

                                            Richard B. Katskee
                                            AMERICANS UNITED FOR SEPARATION OF
                                            CHURCH AND STATE
                                            1310 L St. NW, Suite 200
                                            Washington, DC 20005
                                            Phone: (202) 466-3234
                                            Fax: (202) 466-3353
                                            katskee@au.org

**CERTIFICATE OF SERVICE**

I certify that, on the same day that I electronically filed the foregoing document, I served

it and all attachments by e-mail to Peter Aronoff (Peter.Aronoff@usdoj.gov), counsel for all the

defendants, who has consented to accept service by e-mail.

*/s/ Richard B. Katskee*
Richard B. Katskee
AMERICANS UNITED FOR SEPARATION OF
CHURCH AND STATE
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-3234
Fax: (202) 466-3353
katskee@au.org
