THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>*Plaintiffs*<br><br>vs.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:21-cv-00475 (LAK) |

**DECLARATION OF RICHARD B. KATSKEE IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Richard B. Katskee, declare as follows:

1. I am seeking to appear *pro hac vice* representing Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in the above-captioned action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on February 18, 2021

*s/ Richard B. Katskee*
Richard B. Katskee

1