UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-00475-LAK |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alex J. Luchenitser, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Project, Ark of Freedom Alliance, Freedom From Religion Foundation, American Atheists, and Hindu American Foundation in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of California (inactive in California), and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

1

Dated: February 22, 2021

Respectfully submitted,

*/s/ Alex J. Luchenitser*
Alex J. Luchenitser (DC Bar No. 473393)
AMERICANS UNITED FOR SEPARATION OF
CHURCH AND STATE
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-7306
Fax: (202) 466-3353
luchenitser@au.org

## CERTIFICATE OF SERVICE

I hereby certify that, on the same day that I electronically filed the foregoing document, I served it and all attachments thereto by email to Peter Aronoff (Peter.Aronoff@usdoj.gov), counsel for all the defendants, who has consented to accept service by email.

*/s/ Alex J. Luchenitser*
Alex J. Luchenitser (DC Bar No. 473393)
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-7306
Fax: (202) 466-3353
luchenitser@au.org