

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ALEXANDER JOSEPH LUCHENITSER*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ALEXANDER JOSEPH LUCHENISTER, #177367, was on the 22ND day of June, 1995, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 17th day of February, 2021.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: _____
Simone Voltz, Supervising Deputy Clerk