IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 21-cv-475-LAK |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Anti-Violence Project, Ark of Freedom Alliance, Freedom from Religion Foundation, American Atheists, and Hindu American Foundation, by counsel, respectfully submit the attached Affidavit of Isabel Vasquez as proof that service of process in the above-captioned matter has been effectuated on the U.S. Attorney for the Southern District of New York and Defendants the U.S. Department of Health and Human Services, the Secretary of Health and Human Services, the U.S. Department of Agriculture, the Secretary of Agriculture, the U.S. Department of Housing and Urban Development, the Secretary of Housing and Urban Development, the U.S. Department of Veterans Affairs, the Secretary of Veterans Affairs, the U.S. Department of Education, the Secretary of Education, the U.S. Department of Homeland Security, the Secretary of Homeland Security, the U.S. Department of Justice, the U.S. Attorney General, the U.S. Department of Labor, and the Secretary of Labor.

Dated: February 22, 2021

Respectfully submitted,

 /s/  Robin Thurston
Robin Thurston (D.C. Bar No. 1531399)*
Kristen Miller (D.C. Bar No. 229627)*
Sean Lev (D.C. Bar No. 449936)*
Jeffrey B. Dubner (N.Y. Bar No. 4974341)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 701-1782
rthurston@democracyforward.org*
kmiller@democracyforward.org*
slev@democracyforward.org*
jdubner@democracyforwrd.org

Richard B. Katskee (D.C. Bar. No. 474250)**
Alex J. Luchenitser (D.C. Bar No. 473393)**
Alexander C. Gouzoules (N.Y. Bar No. 5339601)
Americans United for Separation of Church and State
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-3234
fax: (202) 466-3353
katskee@au.org
luchenitser@au.org
gouzoules@au.org

Jennifer C. Pizer (N.Y. Bar No. 2334068)***
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010-3512
(213) 590-5903
jpizer@lambdalegal.org

Camilla B. Taylor (N.Y. Bar No. 2802635)
Lambda Legal Defense and Education Fund
65 E. Wacker Place, Suite 2000
Chicago, IL 60601-7245
(312) 663-4413
ctaylor@lambdalegal.org

Karen L. Loewy (N.Y. Bar No. 5145883)
Lambda Legal Defense and Education Fund
1776 K Street NW, 8th Floor
Washington, DC 20006-2304
(202) 804-6245
kloewy@lambdalegal.org

M. Currey Cook (N.Y. Bar No. 4612834)***
Lambda Legal Defense and Education Fund
120 Wall Street, 19th Floor
New York, New York 10005-3919
(212) 809-8585
ccook@lambdalegal.org

*Admitted pro hac vice
**Pro hac vice applications pending/forthcoming
***Applications for admission to this Court forthcoming

*Counsel for Plaintiffs*