IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 21-cv-475-LAK |

### AFFIDAVIT OF ISABEL VASQUEZ

I, Isabel Vasquez, declare as follows:

1. My name is Isabel Vasquez. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. On January 19, 2021, Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Anti-Violence Project, Ark of Freedom Alliance, Freedom from Religion Foundation, American Atheists, and Hindu-American Foundation, by counsel, initiated the above-captioned matter in the U.S. District Court for the Southern District of New York. Shortly thereafter, I served summons and copies of the complaint by U.S. Certified Mail on the U.S. Attorney for the Southern District of New York and Defendants the U.S. Department of Health and Human Services, the Secretary of Health and Human Services, the U.S. Department of Agriculture, the Secretary of Agriculture, the U.S. Department of Housing and Urban Development, the Secretary of Housing and Urban

Development, the U.S. Department of Veterans Affairs, the Secretary of Veterans Affairs, the U.S. Department of Education, the Secretary of Education, the U.S. Department of Homeland Security, the Secretary of Homeland Security, the U.S. Department of Justice, the U.S. Attorney General, the U.S. Department of Labor, and the Secretary of Labor.

3. According to the U.S. Postal Service Track and Confirm Sheet ("U.S.P.S. Tracking"), copies of the complaint and summons were delivered to the Civil Process Clerk at the Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 on January 25, 2021.

4. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Health and Human Services, care of the Office of the General Counsel, at 200 Independence Avenue SW, Room 713-F, Washington, DC 20201 on January 25, 2021.

5. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Health and Human Services, care of the Office of the General Counsel, at 200 Independence Avenue SW, Room 713-F, Washington, DC 20201 on January 25, 2021.

6. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Agriculture at 1400 Independence Avenue SW, Washington, DC 20250 on January 22, 2021.

7. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Agriculture at 1400 Independence Avenue SW, Washington, DC 20250 on January 22, 2021.

8. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Housing and Urban Development at 451 7th Street SW, Washington, DC 20410 on January 22, 2021.

9. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Housing and Urban Development at 451 7th Street SW, Washington, DC 20410 on January 22, 2021.

10. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Veterans Affairs at 810 Vermont Avenue NW, Washington, DC 20420 on January 25, 2021.

11. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Veterans Affairs at 810 Vermont Avenue NW, Washington, DC 20420 on January 25, 2021.

12. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Education at 400 Maryland Avenue SW, Washington, DC 20202 on February 5, 2021.

13. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Education at 400 Maryland Avenue SW, Washington, DC 20202 on February 11, 2021.

14. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Homeland Security at 2707 Martin Luther King Jr. Avenue SE, Washington, DC 20528 on February 4, 2021.

15. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Homeland Security at 2707 Martin Luther King Jr. Avenue SE, Washington, DC 20528 on February 4, 2021.

16. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Justice at 950 Pennsylvania Avenue NW, Washington, DC 20530 on January 25, 2021.

17. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530 on February 18, 2021.

18. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of Labor, care of the Office of Legal Counsel, at 200 Constitution Avenue NW, Room N-2700, Washington, DC 20210 on January 22, 2021.

19. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Secretary of Labor, care of the Office of Legal Counsel, at 200 Constitution Avenue NW, Room N-2700, Washington, DC 20210 on January 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2021 in Washington, DC.

*/s/ Isabel Vasquez*
Isabel Vasquez