

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 21, 2021

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

>Re:  *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

    This Office represents the defendant federal agencies and government officials in their official capacities (together, the "government") in the above-captioned action under the Administrative Procedure Act. Per the parties' agreed schedule as ordered by the Court, *see* Dkt. No. 62, I write jointly with counsel for plaintiffs to provide a status update.

    This week, the parties discussed the government's ongoing review of the issues raised in this case and whether it is possible to resolve the case without litigation. The parties will provide a further update in our next letter, which is due by June 25.

    We thank the Court for its attention to this matter.

>Respectfully submitted,
>
>AUDREY STRAUSS
>United States Attorney for the
>Southern District of New York
>
>By: _/s/ Peter Aronoff_
>PETER ARONOFF
>Assistant United States Attorney
>Telephone: (212) 637-2697
>Facsimile: (212) 637-2717
>E-mail: peter.aronoff@usdoj.gov
>
>*Counsel for the government*