

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 25, 2021

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

      This Office represents the defendant federal agencies and government officials in their official capacities (together, the "government") in the above-captioned action under the Administrative Procedure Act. Per the parties' agreed schedule as ordered by the Court, *see* Dkt. No. 62, I write jointly with counsel for plaintiffs to provide a status update.

      Earlier this month, as part of the spring 2021 regulatory agenda, the government posted notices stating that the Department of Justice and other agencies that participated in the rule challenged in this action "are engaging in an interagency process to consider revisions" to the rule after the President revoked the executive order on which the challenged rule was based. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1105-AB64 (DOJ notice).

      Since the last status report, the parties have continued to discuss whether it is possible to resolve the case without litigation, and plan to continue these discussions.

Honorable Lewis A. Kaplan  Page 2
June 25, 2021

    We thank the Court for its attention to this matter.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney for the
                      Southern District of New York

                      By: <u>*/s/ Peter Aronoff*</u>
                      PETER ARONOFF
                      Assistant United States Attorney
                      Telephone: (212) 637-2697
                      Facsimile: (212) 637-2717
                      E-mail: peter.aronoff@usdoj.gov

                      *Counsel for the government*