IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>   *Plaintiffs*,<br><br> vs.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>   *Defendants*. | Case No. 1:21-cv-00475-LAK |

**MOTION TO WITHDRAW AS COUNSEL**

 Plaintiffs respectfully request that Alexander Gouzoules be granted leave to withdraw as counsel for Plaintiffs in the above-captioned case because he has completed his fellowship with Americans United for Separation of Church and State and accepted an academic position beginning this month. Richard Katskee and Alex Luchenitser of Americans United for Separation of Church and State; Robin Thurston, Sean Lev, Kristen Miller and Jeffrey Dubner of Democracy Forward Foundation; and Jennifer Pizer, Camilla Taylor, Karen Loewy, and M. Currey Cook remain counsel for Plaintiffs and are keeping Plaintiffs informed of all deadlines and court appearances. No retaining or charging lien is being asserted.

Dated: August 9, 2021

Respectfully submitted,

/s/ Alexander C. Gouzoules
Richard B. Katskee (D.C. Bar. No. 474250)*
Alex J. Luchenitser (D.C. Bar No. 473393)**
Alexander C. Gouzoules (N.Y. Bar No. 5339601)
Americans United for Separation of Church and State
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-3234/fax: (202) 466-3353
katskee@au.org
luchenitser@au.org
gouzoules@au.org

Robin Thurston (D.C. Bar No. 1531399)*
Kristen Miller (D.C. Bar No. 229627)*
Sean Lev (D.C. Bar No. 449936)*
Jeffrey B. Dubner (N.Y. Bar No. 4974341)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone/fax: (202) 701-1782
rthurston@democracyforward.org*
kmiller@democracyforward.org*
slev@democracyforward.org*
jdubner@democracyforwrd.org

Jennifer C. Pizer (N.Y. Bar No. 2334068)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010-3512
(213) 590-5903, jpizer@lambdalegal.org

Camilla B. Taylor (N.Y. Bar No. 2802635)
Lambda Legal Defense and Education Fund
65 E. Wacker Place, Suite 2000
Chicago, IL 60601-7245
(312) 663-4413, ctaylor@lambdalegal.org

Karen L. Loewy (N.Y. Bar No. 5145883)
Lambda Legal Defense and Education Fund
1776 K Street NW, 8th Floor
Washington, DC 20006-2304
(202) 804-6245, kloewy@lambdalegal.org

M. Currey Cook (N.Y. Bar No. 4612834)
Lambda Legal Defense and Education Fund
120 Wall Street, 19th Floor
New York, New York 10005-3919
(212) 809-8585,
ccook@lambdalegal.org

*Appearing pro hac vice.
** Application for admission pro hac vice pending.

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed this motion electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Defendants by operation of the Court's electronic filing system. On the same day that I electronically filed the foregoing document, I served it and all attachments thereto by email to the Plaintiffs.

*/s/ Alexander Gouzoules*
Alexander Gouzoules
AMERICANS UNITED FOR SEPARATION OF
CHURCH AND STATE
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-3234
Fax: (202) 466-3353
gouzoules@au.org
