

**MEMO ENDORSEMENT**

Granted.

/s/ Lewis A. Kaplan U.S.D.J   /PCM

8/19/2021

August 18, 2021

**By ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan,

I represent Plaintiffs in the above-referenced matter. With Defendants' consent, I write to respectfully request a brief extension of time to finalize the administrative record and file summary judgment briefing. Specifically, the parties request the following schedule:

- By September 24, 2021, Defendants will produce the final administrative record.
- By October 26, 2021, Plaintiffs will file any motion for summary judgment.
- By November 23, 2021, Defendants will file any opposition and cross motion for summary judgment and/or dismissal, supported by a single brief.
- By December 21, 2021, Plaintiffs will file, in a single brief, any reply in support of their motion for summary judgment, and any opposition to Defendants' summary judgment motion or motion to dismiss.
- By January 18, 2022, Defendants will file, in a single brief, a reply in support of any summary judgment motion or motion to dismiss they have filed.

This is the parties' first request to extend these deadlines. The parties seek this extension to give the parties time to discuss and, if needed, attempt to resolve any disputes over the scope of the administrative record.

I thank the Court for its consideration of this matter.

Respectfully,

*/s/ Robin Thurston*

Robin Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1775

1

rthurston@democracyforward.org

*Counsel for Plaintiffs*

CC: All Counsel of Record (by ECF)