

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 30, 2022

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

      This Office represents the defendant federal agencies and government officials sued in their official capacities (together, the "government") in this action. I write jointly with the plaintiffs' counsel to respectfully request that the existing stay of all proceedings, *see* ECF No. 74, be extended from today, September 30, through December 16, 2022, to allow the government to continue its consideration of whether to revise the rule challenged in this action.

      As noted in the parties' prior letters, the government remains engaged in an interagency process to consider possible revision of the rule challenged in this litigation. In June, after the parties' last update to the Court, the agencies submitted a proposed notice to the Office of Information and Regulatory Affairs within the White House Office of Management and Budget, which is still undergoing interagency review. Additional information is publicly available at https://www.reginfo.gov/public/do/eoDetails?rrid=251412. The agencies currently anticipate publishing a notice of proposed rulemaking during the coming months.

      In light of this ongoing consideration, the parties respectfully request the Court extend the stay in this action—including all briefing dates, as reflected in the operative scheduling order, ECF No. 68—through and including December 16, 2022. The parties further propose that they file a status report by the same date that proposes any next steps in the litigation, including, if necessary, a revised briefing schedule on any dispositive motions.

Honorable Lewis A. Kaplan  Page 2
September 30, 2022

We thank the Court for its attention to this matter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

        By: _/s/ Peter Aronoff_
        PETER ARONOFF
        Assistant United States Attorney
        Telephone: (212) 637-2697
        Facsimile: (212) 637-2717
        E-mail: peter.aronoff@usdoj.gov

        *Counsel for the government*