

**U.S. Department of Justice**

MEMO ENDORSED

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 16, 2022

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-19-2022
```

Re:  *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

This Office represents the defendant federal agencies and government officials sued in their official capacities (together, the "government") in this action. I write jointly with the plaintiffs' counsel to respectfully request that the existing stay of all proceedings, *see* ECF Nos. 72, 76, be extended from today, December 16, 2022, through and including February 17, 2023, to allow the government to continue its consideration of whether to revise the rule challenged in this action.

As noted in the parties' prior letters, the government remains engaged in an interagency process to consider possible revision of the rule challenged in this litigation. In June, the agencies submitted a proposed notice to the Office of Information and Regulatory Affairs within the White House Office of Management and Budget. Since the parties' last status update in September, OIRA has completed its review. The agencies now intend to publish a notice of proposed rulemaking. Additional information is publicly available at https://www.reginfo.gov/public/do/eoDetails?rrid=251511.

In light of the government's ongoing consideration, the parties respectfully request the Court extend the stay in this action—including all briefing dates, as reflected in the operative scheduling order, ECF No. 68—through and including February 17, 2023. The parties further propose that they file a status report by the same date that proposes any next steps in the litigation, including, if necessary, a revised briefing schedule on any dispositive motions.

Honorable Lewis A. Kaplan  Page 2
December 16, 2022

We thank the Court for its attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
Facsimile: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov

*Counsel for the government*

Granted

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

12/19/22