

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*86 Chambers Street*
*New York, New York 10007*

February 16, 2023

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

      This Office represents the defendant federal agencies and government officials sued in their official capacities (together, the "government") in this action. I write jointly with the plaintiffs' counsel to provide a status update and to respectfully request an extension of the existing stay of all proceedings.

      Since the stay was last extended, the government has issued a notice of proposed rulemaking. *See* Partnerships With Faith-Based and Neighborhood Organizations, 88 Fed. Reg. 2395 (Jan. 13, 2023), available at https://www.federalregister.gov/documents/2023/01/13/2022-28376/partnerships-with-faith-based-and-neighborhood-organizations. The period for public comment currently runs through March 14.

      In light of the issuance of the notice, the parties respectfully request that the current stay of all proceedings, *see* ECF Nos. 72, 76, 78, be extended from February 17, 2023, through and including the earlier of the following two dates: (1) six additional months, which is August 17, 2023; or (2) thirty days after the government publishes notice of a final rule in the Federal Register. The parties further propose that they file a status report by the same date that proposes any next steps in the litigation.

Granted

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
2/21/23

Honorable Lewis A. Kaplan						Page 2
February 16, 2023

    We thank the Court for its attention to this matter.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

                          By: */s/ Peter Aronoff*
                          PETER ARONOFF
                          Assistant United States Attorney
                          Telephone: (212) 637-2697
                          Facsimile: (212) 637-2717
                          E-mail: peter.aronoff@usdoj.gov

                          *Counsel for the government*