IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-00475-LAK |

**RICHARD B. KATSKEE'S MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

　　　Richard B. Katskee moves for leave to withdraw as counsel for Plaintiffs in the above-captioned action because he is leaving Americans United for Separation of Church and State. A declaration pursuant to Local Rule 1.4 is attached. Other current counsel for Plaintiffs who previously appeared will continue to represent Plaintiffs.

Dated: March 30, 2023.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Richard B. Katskee*
　　　　　　　　　　　　　　　　　　　　Richard B. Katskee (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　1310 L Street, NW, Suite 200
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 466-3234
　　　　　　　　　　　　　　　　　　　　katskee@au.org
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on March 30, 2023, the foregoing Motion for Leave to Withdraw as Counsel and attachments were served on all counsel using the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　/s/ Richard B. Katskee