IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>United States Department of Health and Human Services, *et al.*,<br><br>　　　　　　　　Defendants. | **Case No. 1:21-cv-00475-LAK** |

**DECLARATION OF RICHARD B. KATSKEE**

I, Richard B. Katskee, hereby declare and state as follows:

1. I currently am one of the attorneys who represent MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Anti-Violence Project, Ark of Freedom Alliance, Freedom from Religion Foundation, American Atheists, and Hindu American Foundation as Plaintiffs in the above-captioned action.

2. I am currently the legal director at Americans United for Separation of Church and State, but I will be leaving Americans United on March 31, 2023.

3. Alex J. Luchenitser from Americans United for Separation of Church and State will continue to represent the Plaintiffs in this case, along with Sean Lev, Kristen Paige Miller, and Robin Thurston from Democracy Forward Foundation.

4. The Plaintiffs have been notified of my departure and have consented to my withdrawal.

5. I am asserting neither a retaining nor a charging lien in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2023, in Washington, D.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Richard B. Katskee*
　　　　　　　　　　　　　　　　　　　　Richard B. Katskee