IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A Jewish Response to Hunger, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Health and Human Services, et al., <br><br> Defendants. | Case No. 1:21-cv-00475-LAK |

**ORDER GRANTING RICHARD B. KATSKEE'S
MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

The motion of Richard B. Katskee for leave to withdraw as counsel for Plaintiffs in the above-captioned action is before the Court. The Court orders that the motion is granted and that Richard B. Katskee has withdrawn as counsel for Plaintiffs, effective on today's date.

Dated: _____, 2023.

_____

United States District / Magistrate Judge