IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAZON: A Jewish Response to Hunger,
et al.,

                          Plaintiffs,

v.                                                          **Case No. 1:21-cv-00475-LAK**

U.S. Department of Health and Human
Services, et al.,

                          Defendants.

**ORDER GRANTING RICHARD B. KATSKEE'S
MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

The motion of Richard B. Katskee for leave to withdraw as counsel for Plaintiffs

in the above-captioned action is before the Court. The Court orders that the motion is

granted and that Richard B. Katskee has withdrawn as counsel for Plaintiffs, effective

on today's date.

Dated: _____6-23_____, 2023.

                                             _____/s/_____

                                             Hon. Lewis A. Kaplan

                                             United States District Judge