

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-20-23

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 17, 2023

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

  This Office represents the defendant federal agencies and government officials sued in their official capacities (together, the "government") in this action. I write jointly with the plaintiffs' counsel to provide a status update and to respectfully request an extension of the existing stay of all proceedings.

  Since the stay was last extended, the government has received public comments on its notice of proposed rulemaking. *See* Partnerships With Faith-Based and Neighborhood Organizations, 88 Fed. Reg. 2395 (Jan. 13, 2023), available at https://www.federalregister.gov/documents/2023/01/13/2022-28376/partnerships-with-faith-based-and-neighborhood-organizations.[1] The government anticipates publishing a final rule by January 2024. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202304&RIN=0503-AA73.

  In light of these developments, the parties respectfully request that the current stay of all proceedings, *see* ECF Nos. 72, 76, 78, 80, be extended from August 17, 2023, through and including January 31, 2024. The parties further propose that they file a status report by the same date that proposes any next steps in the litigation.

SO ORDERED

/s/ Lewis A. Kaplan
9/20/23

---

[1] A separate page for each agency with posted public comments is also on regulations.gov. For example, the Department of Justice page is at https://www.regulations.gov/document/DOJ-OAG-2023-0002-0001.

Honorable Lewis A. Kaplan  
August 17, 2023

Page 2

We thank the Court for its attention to this matter.

        Respectfully submitted,

        DAMIAN WILLIAMS  
        United States Attorney for the  
        Southern District of New York

        By: */s/ Peter Aronoff*  
        PETER ARONOFF  
        Assistant United States Attorney  
        Telephone: (212) 637-2697  
        Facsimile: (212) 637-2717  
        E-mail: peter.aronoff@usdoj.gov

        *Counsel for the government*