

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 1, 2024

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

      This Office represents the defendant federal agencies and government officials sued in their official capacities (together, the "government") in this action. I write jointly with the plaintiffs' counsel to provide a status update and to respectfully request a one-month extension of the existing stay of all proceedings.

      As the Court may recall, this matter has been stayed in consideration of a rulemaking process related to the rule challenged in this litigation. Since our last update, the government has published a final rule that substantially revises the challenged rule. *See* Partnerships With Faith-Based and Neighborhood Organizations, 89 Fed. Reg. 15671 (March 4, 2024), available at https://www.federalregister.gov/documents/2024/03/04/2024-03869/partnerships-with-faith-based-and-neighborhood-organizations. The new rule will become effective this Wednesday, April 3.

      The parties are discussing whether further proceedings are necessary and respectfully propose a short further extension of the existing stay—until May 1, 2024. By that time, the parties expect to be in a position to propose next steps in this litigation.

Honorable Lewis A. Kaplan                                                                                               Page 2
April 1, 2024

      We thank the Court for its attention to this matter.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

                By: */s/ Peter Aronoff*
                PETER ARONOFF
                Assistant United States Attorney
                Telephone: (212) 637-2697
                E-mail: peter.aronoff@usdoj.gov

                *Counsel for the government*