THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZON: A JEWISH RESPONSE TO HUNGER, et al., <br><br> *Plaintiffs* <br><br> vs. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; *et al.*, <br><br> *Defendants.* | Case No. 1:21-cv-00475 (LAK) |

## NOTICE OF DISMISSAL

Plaintiffs MAZON: A Jewish Response to Hunger, Services & Advocacy for GLBT Elders, The New York City Gay and Lesbian Anti-Violence Project, Freedom from Religion Foundation, American Atheists, and the Hindu American Foundation (but not plaintiff Ark of Freedom Alliance) hereby dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

| | |
|---|---|
| Dated: May 1, 2024 | Respectfully submitted, |

 /s/ Robin Thurston
Robin Thurston (D.C. Bar No. 1531399)*
Kristen Miller (D.C. Bar No. 229627)*
Jeffrey B. Dubner (N.Y. Bar No. 4974341)**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone/fax: (202) 701-1782
rthurston@democracyforward.org*
kmiller@democracyforward.org*

Alex J. Luchenitser (D.C. Bar No. 473393)*
Americans United for Separation of Church and State
1310 L St. NW, Suite 200
Washington, DC 20005
Phone: (202) 466-3234/fax: (202) 898-0956
luchenitser@au.org

*Counsel for Plaintiffs*

Jennifer C. Pizer (N.Y. Bar No. 2334068)
Lambda Legal Defense and Education Fund
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010-3512
(213) 590-5903, jpizer@lambdalegal.org

Camilla B. Taylor (N.Y. Bar No. 2802635)
Lambda Legal Defense and Education Fund
65 E. Wacker Place, Suite 2000
Chicago, IL 60601-7245
(312) 663-4413, ctaylor@lambdalegal.org

Karen L. Loewy (N.Y. Bar No. 5145883)
Lambda Legal Defense and Education Fund
111 K Street N.E., 7th floor
Washington, DC 20002
(202) 804-6245, kloewy@lambdalegal.org

M. Currey Cook (N.Y. Bar No. 4612834)
Lambda Legal Defense and Education Fund
120 Wall Street, 19th Floor
New York, New York 10005-3919
(212) 809-8585,
ccook@lambdalegal.org

*\*Admitted pro hac vice*
*\*\*No longer employed by Democracy Forward Foundation; motion to withdraw pending*