UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MAZON: A JEWISH RESPONSE TO HUNGER,
et al.,

               Plaintiffs

     -against-                                  21-cv-0475 (LAK)

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

               Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Plaintiffs' counsel's motion to withdraw from representation of the Ark Freedom Alliance is GRANTED. The Court orders plaintiff Ark Freedom Alliance to obtain legal counsel if it wishes to continue to prosecute this action; otherwise, the case will be dismissed ~~as moot~~. Such counsel must file a notice of appearance no later than June 6, 2024.

        SO ORDERED.

Dated:     May 7, 2024

                                                   Lewis A. Kaplan
                                           United States District Judge