

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 20, 2024

**BY ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *MAZON: A Jewish Response to Hunger, et al., v. U.S. Dep't of Health and Human Services, et al.*, 21 Civ. 475 (LAK)

Dear Judge Kaplan:

      This Office represents the defendant federal agencies and government officials sued in their official capacities (together, the "government") in this action. Last month, all of the plaintiffs in this case except one—the Ark of Freedom Alliance ("AFA")—voluntarily dismissed their claims. *See* ECF No. 95. Counsel for AFA moved to withdraw from their representation, noting among other things that AFA had apparently dissolved while the case was pending. *See* Motion to Withdraw as Counsel, ECF No. 91. On May 7, the Court granted the motion to withdraw, and ordered AFA that it must obtain new counsel to enter an appearance within 30 days—by June 6—or the case would be dismissed. *See* Order, ECF No. 96.

      No new counsel has entered an appearance. Accordingly, we respectfully suggest that the action may now be dismissed as contemplated by the Court's May 7 order.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

      By:  */s/ Peter Aronoff*
      PETER ARONOFF
      Assistant United States Attorney
      Telephone: (212) 637-2697
      E-mail: peter.aronoff@usdoj.gov

      *Counsel for the government*